FILED 2008 SEP 26 PM 1:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. CR08-01143
) 
Plaintiff, ) INFORMATION
)
v. ) [29 U.S.C. § 501(c): Embezzlement
) and Theft of Labor Union Funds]
TERESA CORA LUNA, )
)
Defendant. )

The United States Attorney alleges:

COUNT ONE

[29 U.S.C. § 501(c)]

At all times material to this Information, International Alliance of Theatrical Stage Employees Local 504 was a labor organization engaged in an industry affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act of 1959 and as those terms are defined in Title 29, United States Code, Sections 402(a)-(c), (i), and (j), and was located in the City of Anaheim, California. Under Title 29, United States Code, Section 401, et seq., the International Alliance Of Theatrical

DM:dm

1 | Stage Employees Local 504 was required to file an annual
2 | financial report with the Secretary of Labor.
3 |     Between November 2004 and June 28, 2005, in Orange County,
4 | in the Central District of California, defendant TERESA CORA
5 | LUNA, an employee of the International Alliance Of Theatrical
6 | Stage Employees Local 504, embezzled, stole, and unlawfully and
7 | willfully abstracted and converted to her own use, and the use of
8 | others, the moneys, funds, property, and other assets of the
9 | International Alliance Of Theatrical Stage Employees Local 504.

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell* (signature)

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

DENNIS MITCHELL
Assistant United States Attorney
Environmental Crimes Section